# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157369 & (63)

DOUGLAS SCOTT DUBIN,
       Plaintiff-Appellee,

v

                                  SC: 157369
                                  COA: 339175

CONTESSA LYNN FINCHER,
       Defendant-Appellant.

                                  Washtenaw CC: 12-000833-DM

_____/

On order of the Court, the application for leave to appeal the January 30, 2018 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals, and we REMAND this case to that court for reconsideration in light of *Marik v Marik*, 501 Mich 918 (2017), and *Royce v LaPorte*, unpublished per curiam opinion of the Court of Appeals, issued May 8, 2018 (Docket Nos. 337549 and 340354). The motion for sanctions for vexatious proceedings is DENIED.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2018



s0613

                                Clerk